UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED JUL 28 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 23, HEALTH AND WELFARE FUND, and JOHN BRENNAN, in his official capacity as Administrator of the Fund,**
**Plaintiffs**

**V.** **C.A. No. 04-138S**

**THE DUNKIN DONUTS CENTER**
**Defendant**

**DISMISSAL STIPULATION**

By Agreement of the parties, the following is entered:

1. The parties hereto agree to dismiss the above-captioned action.

Plaintiffs,
International Alliance of Theatrical Stage Employees, Local 23, Health and Welfare Fund, et. al.

By Its Attorney,

Marc B. Gursky, Esq. #2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
N. Kingstown, RI 02852
Tel. 294-4700
Fax. 294-4702

Dated: 7/15/05

Defendant,
The Dunkin Donuts Center

By Its Attorneys,

Jeffrey W. Kasle, Esq.
Gary R. St. Peter, Esq.
St. Peter & Kasle
Four Richmond Square
Providence, RI 02906
Tel. 453-4330
Fax. 453-4333

Dated: 7/15/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 23, HEALTH AND WELFARE FUND, and JOHN BRENNAN, in his official capacity as Administrator of the Fund,** **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 04-138S** |
| **THE DUNKIN DONUTS CENTER** **Defendant** | : | |

**SETTLEMENT AND DISMISSAL STIPULATION**

By Agreement of the parties, the following is entered:

1. The Dunkin Donuts Center ("Company" or "Defendant") has made payment to the International Alliance of Theatrical Stage Employees, Local 23, Health and Welfare Fund, et. al. ("Fund") for unpaid contributions pursuant to 29 U.S.C. §§1132(g)(2) in the amount of $82,074.10 which includes unpaid contributions for the months of January 2004 and March 2004 through June 2005. A copy of said payment is attached hereto.

2. By payment of the amount set forth in Paragraph 1 the Fund agrees to dismiss with no other costs of any kind due or owing the pending litigation in the form attached hereto.

3. The fund shall have the right to conduct an audit of books and records of the Company for all relevant periods for which the Company is obligated to submit contributions to the Fund. The Company shall pay to the Fund any additional amounts found owing.

Plaintiffs,
International Alliance of Theatrical Stage Employees, Local 23, Health and Welfare Fund, et. al.

By Its Attorney,

Marc B. Gursky, Esq. 2818
Gursky Law Associates
Scrabbletown Office Park
420 Scrabbletown Road, Suite C
N. Kingstown, RI 02852
Tel. 294-4700
Fax. 294-4702

Dated: 7/15/05

Defendant,
The Dunkin Donuts Center

By Its Attorneys,

Jeffrey W. Kasle, Esq.
Gary R. St. Peter, Esq.
St. Peter & Kasle
Four Richmond Square
Providence, RI 02906
Tel. 453-4330
Fax. 453-4333

Dated: 7/15/05

BY THE COURT

WILLIAM E. SMITH, J.
United States District Judge

Dated: 7/19/05